IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STACY LOU NUSSRALLAH, | |
|---|---|
| Plaintiff, | 8:17-CV-486 |
| vs. | |
| NANCY BERRYHILL, Acting Commissioner of the Social Security Administration, | ORDER |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 4(m), a plaintiff must serve process on the defendant within 90 days of filing the complaint. The plaintiff's complaint was filed on December 21, 2017, and the plaintiff has not filed a return of service indicating service on the defendant, nor has the defendant appeared voluntarily. Accordingly,

IT IS ORDERED that the plaintiff shall have until April 12, 2018 to show cause why this case should not be dismissed pursuant to Rule 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 4th day of April, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge